UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WAGNER,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>  Defendant. | No.  1:15-CV-3049-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 20. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Terrye E. Shea represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 7.  After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion For Remand, **ECF No. 20**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the administrative law judge (ALJ) shall:  (1) update the evidence of record, which shall include making a request for any records available from Grant Mental Health (*compare* Tr. 302 (September 2012 report that Plaintiff

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

1 | will schedule mental health counseling in the future) *with* Tr. 79 (April 2013
2 | testimony of Plaintiff that his mental health treatment ended September 2012));
3 | and (2) if necessary, complete the remaining steps of the sequential evaluation
4 | process, which shall include a reconsideration of the credibility of Plaintiff's
5 | allegations.  The ALJ will hold a new hearing and take any other actions necessary
6 | to develop the record, and Plaintiff may submit additional evidence and present
7 | additional argument.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 11, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2